An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES EDWARD BALLOW,
Appellant,
vs.
DORIS BALLOW,
Respondent.

No. 62665

**FILED**

MAR 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY: _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

On February 22, 2013, this appeal was docketed in this court without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within ten days or this appeal would be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Maui C Jma_

cc: Hon. William B. Gonzalez, District Judge, Family Court Division
James Edward Ballow
Willardson Law Group
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13-08685